AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) |
|---|---|
| v. | ) Case No. 18-2652-JMC |
| BILAL SIDDIQUI | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 28, 2017** in the county of **Baltimore** in the _____ District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2251(a) | Production of Child Pornography |

FILED ___ LOGGED ___ ENTERED ___ RECEIVED
SEP 26 2018
CLERK, U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND
BY _____ DEPUTY

This criminal complaint is based on these facts:
See Affidavit of TFO Joshua N. Rees which is attached and incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*
Joshua N. Rees, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/26/18

*Judge's signature*
J. Mark Coulson, United States Magistrate Judge
*Printed name and title*

City and state: Baltimore, Maryland