AO 442 (Rev. 11/11) Arrest Warrant

FILED ___ ENTERED
LOGGED ___ RECEIVED

SEP 27 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.

BILAL SIDDIQUI

*Defendant*

Case No. 18-2652-JMC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **BILAL SIDDIQUI**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Production of Child Pornography in violation of Title 18, United States Code, Section 2251(a).

Date: 9/26/18

*Issuing officer's signature*

City and state: Baltimore, Maryland

J. Mark Coulson, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/26/18, and the person was arrested on *(date)* 9/27/18
at *(city and state)* Timonium, MD

Date: 9/27/18

*Arresting officer's signature*

Rachel Corn, FBI Special Agent
*Printed name and title*