IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal Case No. CCB-19-0322 |
| **BILAL SIDDIQUI** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that the above-named defendant, Bilal Siddiqui, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the conviction and sentence imposed in this action as set forth in open court on October 29, 2020.

Joseph A. Balter, who has represented the defendant as CJA appointed counsel in the District Court, hereby requests to be relieved as counsel, and that alternative counsel be appointed.

Dated: November 11, 2020

Respectfully submitted,

/S/
_____
JOSEPH A. BALTER        #04496
Law Office of Joseph A. Balter, LLC
Mt. Washington Mill
1340 Smith Avenue, Ste 200
Baltimore, Maryland 21201
Telephone:  (410) 375-7082
Facsimile:  (410) 779-1201
Email:      joseph@josephbalterlaw.com