FILED: November 13, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-4568
(1:19-cr-00322-CCB-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BILAL MOHAMMAD SIDDIQUI

    Defendant - Appellant

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:19-cr-00322-CCB-1 |
| Date notice of appeal filed in originating court: | 11/11/2020 |
| Appellant(s) | Bilal Siddiqui |
| Appellate Case Number | 20-4568 |
| Case Manager | Richard H. Sewell<br>804-916-2702 |