

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Jeffrey J. Izant* | *36 South Charles Street* | DIRECT: 410-209-4982 |
| *Assistant United States Attorney* | *Suite 400* | MAIN: 410-209-4800 |
| *jeffrey.izant @usdoj.gov* | *Baltimore, MD 21201-3119* | FAX: 410-962-0716 |

January 20, 2021

Honorable Catherine C. Blake
United States District Judge
Edward A. Garmatz United States Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

**VIA ELECTRONIC FILING**

> Re:   <u>United States v. Bilal Mohammed Siddiqui</u>, Criminal No. CCB-19-0322

Judge Blake:

I write to report on the status of restitution in the above-captioned case.

The Court's Judgment provided that the determination of restitution would be deferred for 90 days from the date of sentencing—*i.e.*, until January 27, 2021.  *See* Judgment at 5, ECF 65. During that 90-day period, counsel for the government and the Defendant engaged in discussions for the purpose of reaching a possible agreement on the terms of a restitution order.  Defense counsel is unable, however, to schedule a virtual meeting with the Defendant (who remains detained at the Chesapeake Detention Facility) to discuss the potential agreement until January 29, 2021—two days after the Court's deadline for determining restitution.

Accordingly, the parties respectfully request that they permitted to report further on restitution on or before February 1, 2021.  If the parties have, in fact, reached an agreement by then, the government will submit a consent motion with a proposed restitution order.

                                                  Respectfully submitted,

                                                  Robert K. Hur
                                                  United States Attorney

By:   */s/ Jeffrey J. Izant*
            Jeffrey J. Izant
            Assistant United States Attorney

COPY VIA ECF TO:

Joseph A. Balter, Esq.
Joseph Conor Stiers, Esq.
Counsel for Defendant Bilal Mohammed Siddiqui