

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Jeffrey J. Izant*       *36 South Charles Street*      DIRECT: 410-209-4982
*Assistant United States Attorney*      *Suite 400*      MAIN: 410-209-4800
*jeffrey.izant @usdoj.gov*      *Baltimore, MD 21201-3119*      FAX: 410-962-0716

February 1, 2021

Honorable Catherine C. Blake
United States District Judge
Edward A. Garmatz United States Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

**VIA ELECTRONIC FILING**

         Re:    <u>*United States v. Bilal Mohammed Siddiqui*</u>, Criminal No. CCB-19-0322

Judge Blake:

     I write to report on the status of restitution in the above-captioned case.

     As the government previously reported, defense counsel had scheduled a virtual meeting with the Defendant for January 29, 2021, to discuss a potential agreement concerning the amount of restitution.  The Defendant, however, was not produced for the virtual meeting.  Unbeknownst to defense counsel (or to undersigned counsel for the government), the Defendant had been designated and transferred to U.S. Penitentiary Allenwood to serve his sentence.  Accordingly, defense counsel was unable to meet with the Defendant before February 1, 2021—the Court's deadline for a further status report concerning restitution.

     The parties, therefore, respectfully request that they be permitted to report further on restitution on or before February 16, 2021, by which point defense counsel anticipates having been able to contact the Defendant to discuss the potential agreement.

                                     Respectfully submitted,

                                     Robert K. Hur
                                     United States Attorney

         By:     */s/ Jeffrey J. Izant*
                                       Jeffrey J. Izant
                                       Assistant United States Attorney

COPY VIA ECF TO:

Joseph A. Balter, Esq.
Joseph Conor Stiers, Esq.
Counsel for Defendant Bilal Mohammed Siddiqui