

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Jeffrey J. Izant*  
*Assistant United States Attorney*  
*jeffrey.izant@usdoj.gov*

36 South Charles Street  
Suite 400  
Baltimore, MD 21201-3119

DIRECT: 410-209-4982  
MAIN: 410-209-4800  
FAX: 410-962-0716

March 2, 2021

Honorable Catherine C. Blake  
United States District Judge  
Edward A. Garmatz United States Courthouse  
101 West Lombard Street  
Baltimore, Maryland  21201

**VIA ELECTRONIC FILING**

       Re:    <u>*United States v. Bilal Mohammed Siddiqui*, Criminal No. CCB-19-0322</u>

Judge Blake:

    I write to report on the status of restitution in the above-captioned case.  As previously indicated, the government is seeking restitution only on behalf of victim Jane Doe 1.

    The parties have reached an agreement by which the Defendant will pay all Special Assessments due and an agreed-upon amount of restitution to Jane Doe 1 in the form of a check to be delivered to the Clerk of Court on or before March 29, 2021.  Within 30 days of the delivery of the check, or notification to the government that the check has cleared, whichever is earlier, the government will file a consent motion for a restitution order in the amount of the Defendant's payment (less the Special Assessments) and the entry of an amended judgment reflecting the proposed restitution order.  The government's understanding is that, once the Court enters the restitution order, the funds delivered by the Defendant to the Clerk of Court will be disbursed to the mother of Jane Doe 1, on behalf of Jane Doe 1, who is still a minor.

    Accordingly, the government requests that it be permitted to file a consent motion for restitution on or before April 28, 2021, which is 30 days after March 29, 2021.

                      Respectfully submitted,

                      Jonathan F. Lenzner  
                      Acting United States Attorney

        By:    */s/ Jeffrey J. Izant*  
                      Jeffrey J. Izant  
                      Assistant United States Attorney

COPY VIA ECF TO:  
Joseph A. Balter, Esq.  
Counsel for Defendant Bilal Mohammed Siddiqui