UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | |
| | * | **CRIMINAL NO. CCB-19-0322** |
| **BILAL MOHAMMAD SIDDIQUI,** | * | |
| | * | |
| Defendant. | * | |

**********

## ORDER OF RESTITUTION

Upon consideration of the Government's Consent Motion, ECF ____, it is HEREBY ORDERED, this _____ day of March 2021, as follows:

a. The Government's Consent Motion is GRANTED;

b. The Defendant is ordered to pay $3,000 in restitution, due in full immediately;

c. An Amended Judgement shall issue reflecting this restitution order;

d. The Clerk of Court is instructed to apply the payment of $3,300 made on the Defendant's behalf to the criminal penalties ordered in this case; and

e. The Clerk shall distribute the full amount of restitution to victim Jane Doe 1, whose identifying information is set forth in the SEALED Statement of Reasons accompanying the forthcoming Amended Judgment.

_____
HONORABLE CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE